# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN G. OHERN & LINDSAY S. OHERN  Case Number: 04-75869
315 S. 4TH STREET  SSN-xxx-xx-9519 & xxx-xx-4837
KIRKLAND, IL  60146

Case filed on: 11/24/2004
Plan Confirmed on: 3/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $76,640.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GUARANTY BANK/GN MORTGAGE | 0.00 | 0.00 | 42,348.63 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 42,348.63 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 021 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | JOHN G. OHERN | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 001 | AMCORE BANK | 17,460.00 | 17,185.49 | 17,185.49 | 2,066.80 |
| 003 | NATIONAL CITY BANK | 1,300.00 | 1,300.00 | 1,300.00 | 154.23 |
| 023 | GUARANTY BANK/GN MORTGAGE | 933.70 | 933.70 | 933.70 | 0.00 |
|  | Total Secured | 19,693.70 | 19,419.19 | 19,419.19 | 2,221.03 |
| 001 | AMCORE BANK | 1,268.18 | 0.00 | 0.00 | 0.00 |
| 004 | LVNV FUNDING LLC | 7,669.35 | 7,669.35 | 2,755.58 | 0.00 |
| 005 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 4,861.71 | 4,861.71 | 1,746.79 | 0.00 |
| 010 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GE SELECT / GE CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | H&R ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 672.76 | 672.76 | 241.72 | 0.00 |
| 015 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS/ | 115.00 | 115.00 | 41.32 | 0.00 |
| 018 | SUSAN NEALE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | TRUSTMARK RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | TRUSTMARK RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 8,182.68 | 8,182.68 | 2,940.01 | 0.00 |
|  | Total Unsecured | 22,769.68 | 21,501.50 | 7,725.42 | 0.00 |
|  | Grand Total: | 45,163.38 | 43,620.69 | 72,213.24 | 2,221.03 |

Total Paid Claimant: $74,434.27
Trustee Allowance: $2,205.73          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured: 35.93         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008                 By  /s/Heather M. Fagan